IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**BRIAN LEONARDI, #N5372**                                                             **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 3:07-cv-508-HTW-LRA**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**                      **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal.  Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 26th day of September, 2007.

                                                               s/ HENRY T. WINGATE
                                                               CHIEF UNITED STATES DISTRICT JUDGE